RECEIVED
U.S. DISTRICT COURT

JUN 2 9 2012 at 9:04 a.m

UNITED STATES MAGISTRATE JUDGE
SPOKANE WASHINGTON

PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Jonathon Christopher Stout | Docket No. | 2:12CR00032-001 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jonathon Christopher Stout, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 12th day of June 2012, under the following conditions:

**Condition #25:** Inpatient Treatment: Defendant shall participate in an intensive inpatient treatment program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant absconded from inpatient treatment on June 28, 2012.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/29/2012

by      s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ]      No Action
[X]      The Issuance of a Warrant
[ ]      The Issuance of a Summons
[ ]      Other

Rec'd 6-29-2012 at 9:04 a.m.

Signature of Judicial Officer

June 29, 2012
Date                      at 9:05 a.m.