PROB 12C
(6/16)

Report Date: May 13, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jonathon Christopher Stout | Case Number: 0980 2:12CR00032-WFN-1 |
| Address of Offender: | Washington 99217 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 24, 2013

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846 | |
| Original Sentence: | Prison - 120 months; TSR - 96 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: August 3, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 2, 2028 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: It is alleged that Mr. Stout violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance, on or about May 4, 2021. Additionally, Mr. Stout verbally admitted to methamphetamine consumption to the undersigned officer. |
| | On August 4, 2020, Mr. Stout signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Stout was made aware by his U.S. probation officer that he must refrain from the use of illegal controlled substances. |

Prob12C
Re: Stout, Jonathon Christopher
May 13, 2021
Page 2

| | | |
|---|---|---|
| 2 | | **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |

**Supporting Evidence**: It is alleged that Mr. Stout violated the above-stated condition of supervision by leaving the Eastern District of Washington without permission of the Court or probation officer. Specifically, on May 4, 2021, Mr. Stout was located by Idaho Department of Corrections officers and Latah County sheriff deputies during a home search. Mr. Stout did not have permission to be in Moscow, Idaho, on that date.

On August 4, 2020, Mr. Stout signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Stout was made aware by his U.S. probation officer he shall not leave the judicial district without the permission of the court or probation officer.

| | | |
|---|---|---|
| 3 | | **Standard Condition #8**: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered. |

**Supporting Evidence**: It is alleged that Mr. Stout violated the above-stated condition of supervision by frequenting a location where controlled substances were sold, used, distributed, or administered. Specifically, on May 4, 2021, the U.S. Probation Office was contacted by a Latah County sheriff deputy who indicated Mr. Stout was in a residence where they just retrieved various drugs to include methamphetamine, heroin, Fentanyl, psilocybin mushrooms, and paraphernalia (Latah County Sheriff's report 2021-02041).

On August 4, 2020, Mr. Stout signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Stout was made aware by his U.S. probation officer to refrain from frequenting locations where controlled substances may be sold, used, distributed, or administered.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 13, 2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
Re: Stout, Jonathon Christopher
May 13, 2021
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_5/14/2021_____
Date