PROB 12C
(6/16)

Report Date: May 21, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jonathon Christopher Stout | Case Number: 0980 2:12CR00032-WFN-1 |
| Address of Offender: | Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 24, 2013

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846 |
| Original Sentence: | Prison - 120 months; TSR - 96 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: August 3, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 2, 2028 |

## PETITIONING THE COURT

To **issue a SUMMONS** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/13/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: It is alleged that Mr. Stout violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance, on or about May 10, 2021. Mr. Stout denied use and the sample was sent to Alere for confirmation. On May 20, 2021, the sample was returned as positive for methamphetamine. When addressing this positive sample with Mr. Stout, he adamantly denied using controlled substances. |
| | On August 4, 2020, Mr. Stout signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Stout was made aware by his officer that he must refrain from the use of illegal controlled substances. |

Prob12C
Re: Stout, Jonathon Christopher
May 21, 2021
Page 2

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: It is alleged that Mr. Stout violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance, on or about May 14, 2021. Mr. Stout denied use and the sample was sent to Alere for confirmation. The results of this urine sample are currently pending.

On August 4, 2020, Mr. Stout signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Stout was made aware by his officer that he must refrain from the use of illegal controlled substances.

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: It is alleged that Mr. Stout violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance, on or about May 18, 2021. On May 20, 2021, Mr. Stout provided a urine sample at the U.S. Probation Office. The sample resulted in a positive test for methamphetamine. When addressing this with Mr. Stout, he verbally admitted to use and signed an admission form admitting methamphetamine consumption to the undersigned officer on or about May 18, 2021.

On August 4, 2020, Mr. Stout signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Stout was made aware by his officer that he must refrain from the use of illegal controlled substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 21, 2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
Re: Stout, Jonathon Christopher
May 21, 2021
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

5/24/2021
Date