PROB 12C
(6/16)

Report Date: June 28, 2021

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2021

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Jonathon Christopher Stout | Case Number: 0980 2:12CR00032-WFN-1 |
| Address of Offender: | Washington 99403 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 24, 2013

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846 |
| Original Sentence: | Prison - 120 months; TSR - 96 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: August 3, 2020 |
| Defense Attorney: | Amy H. Rubin |
| | Date Supervision Expires: August 2, 2028 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/14/2021, and 5/21/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: It is alleged that Mr. Stout violated the above-stated condition of supervision after committing the crime of possession of a schedule II-controlled substance, possession of paraphernalia, resist/ obstruct, and concealment of evidence in Idaho State Patrol report L515, case number CR35-21-3699. |
| | According to Idaho State Patrol report L515, on June 27, 2021, at approximately 2:45 a.m., Mr. Stout was pulled over for driving the wrong way down a one-way road in Lewiston, Idaho. During this traffic stop, a canine handler was brought on scene for support. The canine produced a positive alert for controlled substances. A search of the vehicle revealed a glass tube with white crystal-like residue. Mr. Stout was arrested for possession of paraphernalia and transported to the Nez Perce County Jail. When Mr. Stout was removed from the patrol vehicle, the arresting officer located a plastic baggy of methamphetamine on the floor of the vehicle. The officer reviewed the back-seat camera footage and observed Mr. Stout lift his body off the seat, extend his arms into his shorts and toss the controlled substance into the back seat in an attempt to hide it. |

Prob12C
Re: Stout, Jonathon Christopher
June 28, 2021
Page 2

On August 4, 2020, Mr. Stout signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Stout was made aware by his officer that he shall not commit another federal, state or local crime.

8  **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Stout violated the above-stated condition of supervision after committing the crime of possession of a schedule II-controlled substance in Idaho State Patrol report L515, case number CR35-21-3699.

According to Idaho State Patrol report L515, on June 27, 2021, at approximately 2:45 a.m., Mr. Stout was pulled over for driving the wrong way down a one-way road in Lewiston, Idaho. During this traffic stop, a canine handler was brought on scene for support. The canine produced a positive alert for controlled substances. A search of the vehicle revealed a glass tube with white crystal-like residue. Mr. Stout was arrested for possession of paraphernalia and transported to the Nez Perce County Jail. When Mr. Stout was removed from the patrol vehicle, the arresting officer located a plastic baggy of methamphetamine on the floor. The officer reviewed the back-seat camera footage and observed Mr. Stout lift his body off the seat, extend his arms into his shorts and toss the controlled substance in the back seat in an attempt to hide it.

On August 4, 2020, Mr. Stout signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Stout was made aware by his officer that shall not possess any controlled substance.

9  **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: It is alleged that Mr. Stout violated the above-stated condition of supervision by leaving the Eastern District of Washington without permission of the Court or probation officer.

Specifically, on June 27, 2021, Mr. Stout was arrested following a traffic stop by Idaho State Police. Mr. Stout did not have permission to be in Lewiston, Idaho, on that date.

On August 4, 2020, Mr. Stout signed his judgment indicating he understood all conditions ordered by the Court. Specifically, Mr. Stout was made aware by his U.S. probation officer that he shall not leave the judicial district without the permission of the court or probation officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT.**

Prob12C
Re: Stout, Jonathon Christopher
June 28, 2021
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 28, 2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/29/2021
Date